UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


ROBERT R BELL, JR

v.                                                    Case No.: 1:11–cv–00181

US XPRESS, INC.


RECUSAL

The undersigned magistrate judge hereby RECUSES from this case pursuant to 28 U.S.C. § 455.


ENTER

                                                s/Susan K Lee
                                                UNITED STATES MAGISTRATE JUDGE