FAX-1-423-510-6228

# U.S. Xpress Driver Pre-Application For Employment
For fastest results, fax completed application to 1-866-243-0327. To check on the status allow 2 days and then call Shanae at (800) 251-6291 ext 3337.

Name: Robert R. Bell Jr.
Address: 12040 Ridge Rd. City: Renovo State: PA Zip: 17764
Social Security #: [redacted] Telephone #: [redacted] Date of Birth: [redacted]
Alt. Phone/Pager #: [redacted] Email: None
Date you will be available for orientation: ANY Driver's License #: [redacted] State: PA Expiration Date: 10-10-2012
CDL? Y/N: Y HazMat Endorsement? Y/N: N # of Tickets in last 3 years? None # of accidents in last 3 years? None
Ticket/Accident information (type / date / amount of damage): NONE

Have you ever been arrested for driving while intoxicated? Y/N: Y If yes, when: 1-22-02 Have you tested positive for a controlled substance in the last 3 years? Y/N: N
Have you ever been had your license suspended or revoked? Y/N: N If yes, when: ___ Have you ever been convicted of a misdemeanor or a felony? Y/N: N
If yes, explain: DUI - Rutherford County, Tennessee 1-22-02

Please list all period of employment for the last 36 months. (Driving or Non-Driving, include additional information on separate paper.) Failure to list all employer addresses and phone numbers may cause delay in processing or denial of your application.

Employed: From 2-06 to 8-09 Employer: RAFKO Position: Shipping Address: 141 Third City: Lock Haven State: PA Zip: 17745
Telephone #: 570-748-0540 Type of trailer: none # of states: PA Reason for leaving: Keystone Diesel

Employed: From 7-05 to 12-06 Employer: Preferred Staff Position: Labor Address: 502 College Ave City: State College State: PA Zip: 16801
Telephone #: 814-234-6662 Type of trailer: none # of states: PA Reason for leaving: Full Time Employment

Employed: From 11-04 to 7-05 Employer: Delasqual Staff Position: Labor Address: 454 Pine St City: Williamsport State: PA Zip: 17701
Telephone #: 570-326-1736 Type of trailer: none # of states: PA Reason for leaving: Better Job

I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other test, as a term and condition of qualification and from time to time thereafter to submit to DOT physicals, drug test, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation. In connection with my application for qualification with you, I understand that an investigative consumer reports(s) are being requested that will include information as to my character, credit history, work habits, performance, experience, accident history, drug and alcohol test results, including results from any pre-employment drug and/or alcohol test, along with reasons for termination of past employment obtained from previous employers. Further, I understand that you will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as will as information concerning my previous driving record request made by others from such state agencies. I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my experience history with you if I am qualified, will be supplied to other companies. I further consent to furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment. This certifies that this application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment application. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten. I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself. In accordance with Sections(s) 382, 405, 382, 413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substance testing / training and accident history that may be required to complete me qualification and I agree to release them from any and all liability for supplying said information

Signature: Robert R Bell jr Date: 10-2-09 Referred by **Ron Geyer**

Disclosure of certain information does not necessarily disqualify you from consideration.

NAME OF SCHOOL: Keystone Diesel Institute
CITY: Butler STATE: PA
DATE STARTED: 8-31-09 DATE ENDED: 9-25-09 Hours: 160

**U.S. XPRESS, INC**
4080 Jenkins Road
Chattanooga, TN 37421

Case 1:11-cv-00181 Document 19-1 Filed 09/30/11 Page 1 of 1 PageID #: 139