# U.S. Xpress Driver Pre-Application for Employment
## Please fax completed application to Beth at 1-423-510-6089. Questions, call (800) 251-6291 ext 3888.

Name __BERNARD FENTRESS__

Address _____ STUART DR__ City __FORT WORTh__ State __TX__ Zip __76104__

Social Security # __427__ Telephone # __817-938-6889__ Date of Birth __-1949__

Alt. Phone/Pager # __NONE__    Email __NONE__

Date you will be available for orientation __8/2010__ Driver's License # __02036575__ State __TEX__ Expiration Date __6-30-16__

CDL? Y/N __YES__ HazMat Endorsement? Y/N __YES__ # of Tickets in last 3 years? __O__    # of accidents in last 3 years? __O__

Ticket/Accident information (type / date / amount of damage): __O__

Have you ever been convicted of driving while intoxicated? Y/N __NO__ If yes, when __N/A__  Have you failed a DOT drug test in the past 3 years? Y/N __NO__

Have you ever been had your license suspended or revoked? Y/N __NO__ If yes, when __N/A__  Have you ever been convicted of a misdemeanor or a felony? Y/N __NO__

If yes, explain __None__

**Please list all period of employment for the last 36 months. (Driving or Non-Driving, Include additional information on separate paper.)**
Failure to list all employer address and phone numbers may cause delay in processing or denial of your application.

Employed: From __2008__ to __2010__ Employer __FWISD__ Position __Local Driver__ Address __100 University Dr__ City __Ft Worth__ State __TX__ Zip __76101__
Telephone # __817-871-2243__ Type of trailer __Box VAN__ # of states __1__ Reason for leaving __Returning OTR__

Employed: From __2007__ to __2007__ Employer __K+B Transport__ Position __OTR Drive__ Address __4700 Dakota Av__ City __Sioux__ State __ND__ Zip __6877E__
Telephone # __402 494-3459__ Type of trailer __53 ft Reefer__ # of states __48__ Reason for leaving __Crisis__

Employed: From __2005__ to __2007__ Employer __FENTRESS__ Position __OTR Driver__ Owner Operator 252 Address __STUART__ City __FTW__ State __TX__ Zip __76104__
Telephone # __817-938 6889__ Type of trailer __53 Ft VAN__ # of states __15__ Reason for leaving __Equipment failure__

I understand that U.S. Xpress, Inc. and its subsidiaries follow the practice of requiring driver applicants to successfully complete a DOT physical, drug test, alcohol test or other tests, as a term and condition of qualification and from time to time thereafter to submit to a DOT physical, drug test, alcohol test, or other tests, upon request, as a term and condition of continued qualification. I hereby knowingly and freely give my consent to submit to DOT physicals, drug tests, alcohol tests, or other tests, and further agree to submit to DOT physicals, drug tests, alcohol tests, or other tests from time to time when so requested. I understand that any job offer is contingent upon obtaining DOT certification as well as successful completion of the orientation. In Connection with my application for qualification with U.S. Xpress Enterprises, Inc. and its subsidiaries, I understand that investigative consumer reports are being requested that will include information as to my character, credit history, work habits, performance experience, accident history, drug and alcohol test results during the past three (3) years, including results from any pre-employment drug and/or alcohol test during the past three (3) years, along with reasons for termination or disqualification of past employment obtained from previous employers and prospective employers. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries will be requesting information concerning my driving record and/or information from various state agencies that maintain records concerning credit record, criminal history, traffic offenses and accidents, as well as information concerning my previous driving record requests made by others from such state agencies. Further, I understand that I have a right to make a written request within a reasonable amount of time to receive additional detailed information about the nature and scope of this investigation. I hereby authorize U.S. Xpress Enterprises, Inc. and its subsidiaries to obtain the above-described information, and agree that such information, and my qualification, and experience history with U.S. Xpress Enterprises, Inc. and its subsidiaries if I am qualified, will be supplied to other companies. I further consent to U.S. Xpress Enterprises, Inc. and its subsidiaries furnishing to consumer reporting services information concerning my character, work habits, performance, driving record and experience, as well as any reasons for termination of my qualifications, including drug and alcohol test results, and further consent to these services furnishing such information in the future to other companies which subscribe to these services from which I am seeking employment. This certifies that my application was completed by me and that all entries on it are true and complete to the best of my knowledge. I also agree that falsified information and significant omissions may result in my disqualification now or at any time. I understand that U.S. Xpress Enterprises, Inc. and its subsidiaries use an electronic filing and signature system which includes the imaging and storing of employment applications. Therefore, my original paper application will not be retained. I understand that an electronic signature will be binding upon me to the same extent as if handwritten. I understand that my qualification can be terminated, with or without cause, at any time at the discretion of either the company or myself.
In accordance with Section(s) 382.405. 382.413 & 391.23 of the Federal Motor Carrier Safety Regulations, I authorize any and all persons and/or institutions to provide any relevant information, including my alcohol and controlled substances testing/training and accident history that may be required to complete my qualification and I agree to release them from any and all liability for supplying said information.

Signature __Bernard Fentress__ Date __8-12-16__ Referred by _____
Disclosure of certain information does not necessarily disqualify you from consideration.

NAME OF SCHOOL __Cowtown Driving School__ City __Ft Worth, TX__ S _____

__Bernard__
__fentress__

__fax 817-784-6828__

**EXHIBIT**
**A**