UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT R. BELL, JR., et al. | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) 1:11-CV-181 |
| v. | ) |
| | ) Chief Judge Curtis L. Collier |
| US XPRESS, INC., | ) |
| | ) |
| *Defendant*. | ) |

## **O R D E R**

Before the Court is Plaintiffs' motion for leave to file excess pages (Court File No. 26). In particular, Plaintiffs request that they be allowed to submit a thirty-three page brief in opposition to Defendant's motion to dismiss in light of the complexity of the issues in this case and the nature of Defendant's motion to dismiss. After carefully considering Plaintiffs' arguments, the Court agrees that the page-length extension is warranted. Accordingly, the Court will **GRANT** Plaintiffs' motion for leave to file excess pages (Court File No. 26).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**