UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., on Behalf of Himself and All Other Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:11-CV-00181 ) ) Judge Collier |
| US XPRESS, INC. | ) ) ) JURY DEMAND |
| Defendant. | ) |

**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

We, the attorneys for the respective parties, do hereby stipulate that Defendant be granted up to and including December 22, 2011 to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

Dated this 9th day of December, 2011.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: *s/ Bradford G. Harvey*
Roger W. Dickson (BPR No. 01933)
Bradford G. Harvey (BPR No. 17393)
Alison B. Martin (BPR No. 22366)
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
rdickson@millermartin.com
bharvey@millermartin.com
amartin@millermartin.com

*Attorneys for Defendant U.S. Xpress, Inc.*

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA


By: *s/ Matthew A. Dooley*
     Matthew A. Dooley (OH BPR No. 0081482)
     Dennis M. O'Toole (OH BPR No. 0003274)
     Anthony R. Pecora (OH BPR No. 0069660)
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
mdooley@sheffieldlaw.com
dotoole@sheffieldlaw.com
apecora@sheffieldlaw.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.


**MILLER & MARTIN PLLC**


By: *s/ Bradford G. Harvey*