# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| **ROBERT R. BELL, JR., et al.,** | |
| Plaintiff, | CASE NO. 1:11-CV-00181 |
| vs. | DISTRICT JUDGE CURTIS COLLIER |
| **US XPRESS, INC.** | MAGISTRATE JUDGE WILLIAM B. MITCHELL CARTER |
| Defendant. | |

## AGREED ORDER

This cause came before the Court on Plaintiff and Defendant's Joint Motion to Modify the Scheduling Order for Class Certification. For good cause shown, the Court hereby **GRANTS** the Joint Motion to Modify the Scheduling Order for Class Certification and the Scheduling Order for Class Certification is amended as follows:

1. All discovery, including the taking of depositions for evidence and requests for admissions, shall be completed within 9 months after the Rule 26(a)(1) disclosure due date[1];

2. Expert Witnesses related to Class Certification:

    i. Plaintiff shall disclose expert testimony in accordance with Fed. R. Civ. P. 26(a)(2) within 7 months after the Rule 26(a)(1) disclosure due date;

    ii. Defendant shall disclose expert testimony in accordance with Fed. R. Civ. P. 26(a)(2) within 1 month after Plaintiff's disclosure of expert witnesses.

---

[1] The Court previously ordered that the parties exchange initial disclosures pursuant to Civ. R. 26(a)(1) thirty (30) days after the Court rules upon Defendant's Motion to Dismiss. (Doc. 21, ¶3(b))

3. The parties shall make pretrial disclosures regarding a motion to certify within 1 month of the discovery cut-off. Responses are due within 1 month of the filing of the pretrial disclosures. Replies shall be due within 2 weeks of the filing of the Responses.

**IT IS SO ORDERED.**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**