UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:11-CV-00181 |
| ) | |
| vs. ) | Collier/Carter |
| ) | |
| US XPRESS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Having agreed to engage in private mediation, in the interest of judicial efficiency and litigation economy, the parties jointly request that the Court stay this matter pending completion of the mediation. Although Defendant's Motion to Dismiss (Doc. 13) has been fully briefed, the parties agree that staying a ruling on the Motion will aid the mediation process. Accordingly, the parties request that the Court enter the proposed order submitted herewith, which stays the case pending further order of the Court and requires the parties to provide the Court with a status report in sixty (60) days or within ten (10) days of completion of the mediation, whichever is sooner.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: */s/ Roger W. Dickson*
 Roger W. Dickson, BPR No. 01933
 Bradford G. Harvey, BPR No. 17393
 Alison B. Martin, BPR No. 22366
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Defendant U.S. Xpress, Inc.*

10094549_1.DOC

Case 1:11-cv-00181 Document 44 Filed 09/11/12 Page 1 of 2 PageID #: 428

**STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA**

By: */s/ Matthew A. Dooley*
    Matthew A. Dooley (OH BAR 0081482)
    Dennis M. O'Toole (OH BAR 0003274)
    Anthony R. Pecora (OH BAR 0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208

and

**ORTALE, KELLEY, HERBERT & CRAWFORD**

By: */s/ Michael Schmitt*
    Michael Schmitt (TN Bar 026573)
    200 Fourth Avenue North
    P.O. Box 198985
    Nashville, Tennessee 37219-8985
    Telephone: (615) 780-7526
    Facsimile: (615) 726-1494
    *Attorneys for the putative class*