# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., ) | |
| ) | |
| and ) | CASE NO. 1:11-CV-00181 |
| ) | |
| BERNARD FENTRESS, on behalf of ) | |
| themselves and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Collier/Carter |
| v. ) | |
| ) | |
| U.S. Xpress, Inc., ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Having considered the parties' Joint Motion To Stay Pending Mediation and all other matters of record, in the interest of judicial efficiency, the Court **GRANTS** the Joint Motion and **ORDERS:**

(1) This matter is stayed until further order of the Court; and

(2) The parties are required to provide the Court with a joint status report within sixty (60) days of entry of this Order or within ten (10) days of completion of the mediation, whichever is sooner.

**SO ORDERED** this ____ day of September, 2012.

_____
CHIEF JUDGE CURTIS COLLIER

PREPARED AND PROPOSED BY:

MILLER & MARTIN PLLC

By: */s/ Roger W. Dickson*
      Roger W. Dickson, BPR No. 01933
      Bradford G. Harvey, BPR No. 17393
      Alison B. Martin, BPR No. 22366
      1000 Volunteer Building
      832 Georgia Avenue
      Chattanooga, Tennessee 37402
      Telephone: (423) 756-6600
      Facsimile: (423) 785-8480

*Attorneys for Defendant U.S. Xpress, Inc.*

**STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA**

By: */s/ Matthew A. Dooley*
      Matthew A. Dooley (OH BAR 0081482)
      Dennis M. O'Toole (OH BAR 0003274)
      Anthony R. Pecora (OH BAR 0069660)
      5455 Detroit Road
      Sheffield Village, Ohio 44054
      Telephone: (440) 930-4001
      Facsimile: (440) 934-7208

and

**ORTALE, KELLEY, HERBERT & CRAWFORD**

By: */s/ Michael Schmitt*
      Michael Schmitt (TN Bar 026573)
      200 Fourth Avenue North
      P.O. Box 198985
      Nashville, Tennessee 37219-8985
      Telephone: (615) 780-7526
      Facsimile: (615) 726-1494
      *Attorneys for the putative class*