UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., )<br>)<br>and )<br>)<br>BERNARD FENTRESS, on behalf of )<br>themselves and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. Xpress, Inc., )<br>)<br>Defendant. ) | CASE NO. 1:11-CV-00181<br><br>Collier/Carter |

## PROPOSED ORDER

Having considered the parties' Joint Motion To Stay Pending Mediation and all other matters of record, in the interest of judicial efficiency, the Court **GRANTS** the Joint Motion and **ORDERS:**

(1) This matter is stayed until further order of the Court; and

(2) The parties are required to provide the Court with a joint status report within sixty (60) days of entry of this Order or within ten (10) days of completion of the mediation, whichever is sooner.

**SO ORDERED** this ____ day of September, 2012.

/s/ _____
CHIEF JUDGE CURTIS COLLIER

PREPARED AND PROPOSED BY:

**MILLER & MARTIN PLLC**

By: */s/ Roger W. Dickson*
       Roger W. Dickson, BPR No. 01933
       Bradford G. Harvey, BPR No. 17393
       Alison B. Martin, BPR No. 22366
       1000 Volunteer Building
       832 Georgia Avenue
       Chattanooga, Tennessee 37402
       Telephone: (423) 756-6600
       Facsimile: (423) 785-8480

*Attorneys for Defendant U.S. Xpress, Inc.*

**STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA**

By: */s/ Matthew A. Dooley*
       Matthew A. Dooley (OH BAR 0081482)
       Dennis M. O'Toole (OH BAR 0003274)
       Anthony R. Pecora (OH BAR 0069660)
       5455 Detroit Road
       Sheffield Village, Ohio 44054
       Telephone: (440) 930-4001
       Facsimile: (440) 934-7208

and

**ORTALE, KELLEY, HERBERT & CRAWFORD**

By: */s/ Michael Schmitt*
       Michael Schmitt (TN Bar 026573)
       200 Fourth Avenue North
       P.O. Box 198985
       Nashville, Tennessee 37219-8985
       Telephone: (615) 780-7526
       Facsimile: (615) 726-1494
       *Attorneys for the putative class*