UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., et al. | ) |
| | ) |
|     Plaintiffs, | )   Case No. 1:11-CV-00181 |
| | ) |
| vs. | )   Collier/Carter |
| | ) |
| US XPRESS, INC., | ) |
| | ) |
|     Defendant. | ) |

## RENEWED JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties jointly move the Court to enter the Stipulated Protective Order attached hereto, to which they have consented, in order to expedite the flow of discovery and facilitate the prompt resolution of disputes over confidentiality.

Respectfully submitted this 19th day of October, 2012.

**MILLER & MARTIN PLLC**

By: */s/ Roger W. Dickson*
    Roger W. Dickson, BPR No. 01933
    Bradford G. Harvey, BPR No. 17393
    Alison B. Martin, BPR No. 22366
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Defendant U.S. Xpress, Inc.*

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA


By: */s/ Matthew A. Dooley*
    Matthew A. Dooley (OH BAR 0081482)
    Dennis M. O'Toole (OH BAR 0003274)
    Anthony R. Pecora (OH BAR 0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208

and

**ORTALE, KELLEY, HERBERT & CRAWFORD**

By: */s/ Michael Schmitt*
    Michael Schmitt (TN Bar 026573)
    200 Fourth Avenue North
    P.O. Box 198985
    Nashville, Tennessee 37219-8985
    Telephone: (615) 780-7526
    Facsimile: (615) 726-1494

    *Attorneys for the Putative Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 19, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

            **MILLER & MARTIN PLLC**

            By: *s/ Roger W. Dickson*