UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:11-CV-00181 |
| ) | |
| vs. ) | Collier/Carter |
| ) | |
| US XPRESS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 12, 2012 (Doc. 45), the parties herby submit the following Joint Status Report. The parties are finalizing the selection of a mediator and scheduling of mediation, anticipated to occur in early 2013. Accordingly, the parties respectfully request that the Court continue to stay this case and enter directing the parties again to provide the Court with a status report within sixty (60) days or within ten (10) days of completion of mediation, whichever is sooner.

*Signatures are on following page.*

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: */s/ Roger W. Dickson*
    Roger W. Dickson, BPR No. 01933
    Bradford G. Harvey, BPR No. 17393
    Alison B. Martin, BPR No. 22366
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Defendant U.S. Xpress, Inc.*

**STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA**

By: */s/ Matthew A. Dooley*
    Matthew A. Dooley (OH BAR 0081482)
    Dennis M. O'Toole (OH BAR 0003274)
    Anthony R. Pecora (OH BAR 0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208

and

**ORTALE, KELLEY, HERBERT & CRAWFORD**

By: */s/ Michael Schmitt*
    Michael Schmitt (TN Bar 026573)
200 Fourth Avenue North
P.O. Box 198985
Nashville, Tennessee 37219-8985
Telephone: (615) 780-7526
Facsimile: (615) 726-1494

*Attorneys for the putative class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: */s/ Roger W. Dickson*