UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT R. BELL, JR., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | 1:11-CV-181 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| US XPRESS, INC., ) | |
| ) | |
| *Defendant*. ) | |

**O R D E R**

On November 12, 2012, the parties submitted a joint status report (Court File No. 50). The case is presently stayed. The parties have informed the Court that they are finalizing the selection of a mediator and will commence mediation in early 2013. They seek an extension of the stay to pursue mediation. For good cause shown, the parties' request is **GRANTED**. The Court **ORDERS** the parties to submit another status report within sixty days or within ten days of the completion of mediation, whichever is sooner.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**