## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| **ROBERT R. BELL, JR., et al.,** | |
| Plaintiffs, | CASE NO. 1:11-CV-00181 |
| vs. | |
| **US XPRESS, INC.** | DISTRICT JUDGE CURTIS COLLIER |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 14, 2012 (Doc. 51), the parties hereby submit the following Joint Status Report. The parties have scheduled mediation on February 11, 2013 before Linda R. Singer at JAMS in Washington, D.C., and intend to notify the Court on or before February 15, 2013 as to the mediation and the status of the litigation. Accordingly, the parties request that the Court continue the stay until February 15, 2013.

Respectfully submitted,

STUMPHAUZER | O'TOOLE

By: /s/ Matthew A. Dooley
Matthew A. Dooley
Dennis M. O'Toole
Anthony R. Pecora
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@sheffieldlaw.com
apecora@sheffieldlaw.com
dotoole@sheffieldlaw.com
*Counsel for Plaintiffs*

MILLER & MARTIN, PLLC

By: /s/ Alison B. Martin
Roger W. Dickson
Alison B. Martin
Bradford G. Harvey
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 785-8210
Facsimile: (423) 321-1528
Email: rdickson@millermartin.com
amartin@millermartin.com
bharvey@millermartin.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Joint Status Report was filed electronically this 14th day of January, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via electronic mail.

/s/ Matthew A. Dooley
Matthew A. Dooley
*Counsel for Plaintiffs*

G:\27\27096\Motion\Joint Status Report.docx