UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT R. BELL, JR., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | 1:11-CV-181 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| US XPRESS, INC., ) | |
| ) | |
| *Defendant*. ) | |

**O R D E R**

On January 14, 2013, the parties submitted a joint status report (Court File No. 52). The case is presently stayed. The parties have informed the Court that they have scheduled mediation for February 11, 2013, and seek an extension of the stay. For good cause shown, the parties' request is **GRANTED**. The Court **ORDERS** that the stay be continued. The parties will submit a status report **on or before February 15, 2013,** regarding the status of the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**