UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT R. BELL, JR., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | 1:11-CV-181 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| US XPRESS, INC., ) | |
| ) | |
| *Defendant*. ) | |

## **O R D E R**

On February 15, 2013, the parties informed the Court that they reached a settlement in the case. The action had previously been stayed while the parties participated in mediation. The parties now request that the Court enter a new scheduling order setting a date for the parties to submit their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice, as well as their Stipulation of Settlement (Court File No. 54). For good cause shown, the Court **GRANTS** the parties' joint motion (Court File No. 54).

Accordingly, the parties shall file their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice, as well as their Stipulation of Settlement on or before **March 29, 2013.** This Order will also lift the stay that had previously been imposed in the case. Finally, because the parties have reached a settlement in this matter, the Court **DENIES as MOOT** the following motions: (1) Defendant's motion to dismiss (Court File No. 13); (2) Defendant's motion to dismiss Plaintiffs' first amended class action complaint (Court File No. 22); and (3) Plaintiffs' motion to strike (Court File No. 35).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**