UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT R. BELL, JR., on Behalf of Himself and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US XPRESS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:11-CV-00181<br>)<br>) Judge Collier<br>)<br>)<br>) |

### **O R D E R**

Before the Court is the Parties' Joint Motion for Enlargement of Time for the Parties to File their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of Class for the Purposes of Settlement, and Approval of Form and Manner of Notice, and Stipulation of Settlement. Upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED, and DECREED that the Parties shall file their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice and their Stipulation of Settlement on or before April 5, 2013.

*/s/*
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**